# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-245 |
| Plaintiff, ) | |
| vs. ) | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR |
| THOMAS MORTON SALISBURY, ) | THOMAS MORTON SALISBURY |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **THOMAS MORTON SALISBURY**, 02856861 before the United States Magistrate Judge at Las Vegas, Nevada, on or about ____ I/A & A/P FRI: 7/13/12   3:00 PM   RJJ  3D  __, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: JUL  3 2012

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-245 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR THOMAS MORTON SALISBURY |
| THOMAS MORTON SALISBURY, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **THOMAS MORTON SALISBURY**, 02856861, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **THOMAS MORTON SALISBURY** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **THOMAS MORTON SALISBURY** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on___ I/A & A/P FRI: 7/13/12  3:00 PM  RJJ  3D ___, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **THOMAS MORTON SALISBURY** before the United States Magistrate Judge on or about _____ I/A & A/P FRI: 7/13/12  3:00 PM  RJJ  3D ___, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **THOMAS MORTON SALISBURY** before the United States District Court on or about _____ I/A & A/P FRI: 7/13/12  3:00 PM  RJJ  3D _____, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED:** this 3rd day of July 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Nancy J. Koppe*
NANCY J. KOPPE
Assistant United States Attorney

2